UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT 'CHICK' FRITZ INC.,

Plaintiff-Counter Defendant,

v.

THE ORIGINAL PICKLE SHOT, INC.,

Defendant-Counter Claimant.

Case No. 25-cv-00917-JPG

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count 1 of the Complaint, to the extent it seeks damages for breach of contract, in favor of Defendant-Counter Claimant The Original Pickle Shot, Inc., and against Plaintiff-Counter Defendant Robert 'Chick' Fritz Inc.;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Count 1 of the Counterclaim, to the extent it seeks a declaration that the Distribution Agreement was properly terminated, in favor of Defendant-Counter Claimant The Original Pickle Shot, Inc., and against Plaintiff-Counter Defendant Robert 'Chick' Fritz Inc.;

IT IS FURTHER DECLARED that

> The Distribution Agreement was terminable at will by either party with reasonable notice. The Original Pickle Shot, Inc., provided reasonable notice of its intent to terminate the Distribution Agreement. Therefore, the Distribution Agreement was properly terminated by The Original Pickle Shot, Inc.

IT IS FURTHER ORDERED AND ADJUDGED that all remaining claims are dismissed

with prejudice.

**DATED: September 30, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**